# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 50422 | **DATE** | 3/19/2002 |
| **CASE TITLE** | BON SECOURS HEALTH SYSTEM, INC. vs. TAYLOR | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, the Report and Recommendation is adopted in its entirety and default judgment is entered for plaintiff against defendant in accordance with the Magistrate Judge's Report and Recommendation.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | |
|---|---|
| No notices required, advised in open court. | |
| No notices required. | number of notices |
| ☒ Notices mailed by judge's staff. | MAR 19 2002 date docketed |
| Notified counsel by telephone. | |
| Docketing to mail notices. | docketing deputy initials |
| ☒ Mail AO 450 form. | |
| ☒ Copy to judge/magistrate judge. | 3-19-02 date mailed notice |
| /SEC courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

# MEMORANDUM OPINION AND ORDER

Plaintiff, Bon Secours Health Systems, Inc., as administrator of the Bon Secours Health System, Inc. Medical Plan, has filed a motion for default judgment against defendant, Cassandra H. Taylor, who has been served with summons but has not filed an answer. This court has jurisdiction of this action under the Employee Retirement Income Security Act (ERISA) and venue is proper in this district and division. Plaintiff makes claim for reimbursement of medical expenses it paid to defendant under the terms of the plan as defendant has received payment from a third party for these same expenses. On February 22, 2002, Magistrate Judge Mahoney issued a Report and Recommendation that judgment be granted for plaintiff against defendant on the motion as follows: declaring a constructive trust on defendants recovery from the third party of $15,317.05 and to be held by defendant in constructive trust for plaintiff; granting an equitable lien in plaintiff's favor on defendant's recovery from the third party for $15,317.05; and an award of attorney fees and costs totaling $3,197.65 under the terms of the plan. No objection to this Report and Recommendation has been timely filed. Accordingly, the Report and Recommendation is adopted in its entirety and default judgment is entered for plaintiff against defendant in accordance with the Magistrate Judge's Report and Recommendation.

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Western Division

Bon Secours Health System, Inc.     **JUDGMENT IN A CIVIL CASE**

v.     Case Number: 01 C 50422

Cassandra H. Taylor

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Report and Recommendation is adopted in its entirety and default judgment is entered for plaintiff and against defendant in accordance with the Magistrate Judge's Report and Recommendation.

All orders in this case are now final and appealable.

Michael W. Dobbins, Clerk of Court

Date: 3/19/2002

Susan M. Wessman, Deputy Clerk